AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | |
|---|---|
| United States of America<br>v.<br><br>CAMERON MONTE SMITH<br>*Defendant(s)* | Case No. 1:23-mj-267 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 12-13, 2023__ in the county of __Williams__ in the _____ District of __North Dakota__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| COUNT ONE<br>Title 18 United States Code, § 1366(a) - Destruction of an energy facility<br>COUNT TWO<br>Title 18 United States Code, § 922(g)(5)(A) - Possession of Firearm by an Illegal Alien | knowingly and willfully damaged the property of an energy facility involved in the production, storage, transmission, and distribution of electricity, or another form or source of energy, in an amount exceeding $100,000.<br>knowing that he was an alien illegally and unlawfully in the United States, knowingly possessed a firearm, that is, a .450 Bushmaster rifle, and a 9mm Sig Sauer pistol, said firearms having been shipped and transported in intersate or foreign commerce. |

This criminal complaint is based on these facts:

See attached Affidavit of Daniel Lewis, Special Agent, Federal Bureau of Investigation.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Daniel Lewis, FBI SA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __May 25, 2023__

_____
*Judge's signature*

City and state: __Bismarck, North Dakota__    Clare R. Hochhalter, U.S Magistrate Judge
*Printed name and title*