IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| CAMERON MONTE SMITH | Violations: 18 U.S.C. §§ 922(g)(5)(A), 924(a)(8), 924(d), 1366(a), and 3665; and 28 U.S.C. § 2461(c) |

COUNT ONE

**Destruction of an Energy Facility**

The Grand Jury Charges:

In or about May 2023, in the District of North Dakota,

CAMERON MONTE SMITH,

knowingly and willfully damaged the property of an energy facility involved in the production, storage, transmission, and distribution of electricity, or another form or source of energy, namely, Wheelock Substation, an electric power substation operated by Mountrail-Williams Electric Cooperative and Basin Electric Power Cooperative, located near Ray, North Dakota, in an amount exceeding $100,000;

In violation of Title 18, United States Code, Section 1366(a).

COUNT TWO

**Possession of Firearm by an Illegal Alien**

The Grand Jury Further Charges:

In or about May 2023, in the District of North Dakota,

CAMERON MONTE SMITH,

knowing that he was an alien illegally and unlawfully in the United States, knowingly possessed a firearm, that is:

- a .450 Bushmaster rifle, serial Number BK5091719, and
- a 9mm Sig Sauer pistol, Serial Number 58C012701,

said firearm having been shipped and transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).

<u>COUNT THREE</u>

**Possession of Ammunition by an Illegal Alien**

The Grand Jury Further Charges:

In or about May 2023, in the District of North Dakota,

CAMERON MONTE SMITH,

knowing that he was an alien illegally and unlawfully in the United States, knowingly possessed ammunition, that is, approximately 166 rounds of .450 Bushmaster ammunition, said ammunition having been shipped and transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).

FORFEITURE ALLEGATION

The Grand Jury Further Finds Probable Cause That:

Upon conviction of one or more of the offenses alleged in this Indictment,

CAMERON MONTE SMITH,

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 924(d) and 3665, and Title 28, United States Code, Section 2461(c), the firearms and ammunition involved in the commission of the offense, including, but not limited to, the following:

- a .450 Bushmaster rifle, Serial Number BK5091719;
- a 9mm Sig Sauer pistol, Serial Number 58C012701;
- approximately 166 rounds of .450 Bushmaster ammunition.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

DDH/sjj