000194



**Williams**
COUNTY
SHERIFF'S OFFICE

223 E Broadway, Ste 301
Williston, ND 58801
Phone: (701) 577-7700
Fax: (701) 577-7705
www.williamsnd.com

Verlan Kvande
Sheriff

Case SO-IR2302008                                                    Printed on June 29, 2023

| | |
|---|---|
| **Status** | Approved |
| **Report Type** | Incident |
| **Primary Officer** | Justin Roberts |
| **Investigator** | None |
| **Reported At** | 05/13/23 09:45 |
| **Incident Date** | 05/13/23 09:45 |
| **Incident Code** | VAND : VANDALISM |
| **Location** | 6381 121ST AVE NW, RAY, ND 58849 |
| **Court** | None |
| **Ereferral County** | None |
| | |
| **Disposition** | Forward to Investigations |
| **Disposition Date/Time** | 05/17/23 12:33 |
| **Review for Gang Activity** | None |
| **Jail Incident Report** | |

**Other Reports About This Case**

| | | | |
|---|---|---|---|
| SO-IN2302008 | Investigative Report | 4958 - Dickerson, Amber | **Charges Filed** |

**Offense Information**

| | |
|---|---|
| **Offense** | CRIMINAL MISCHIEF - WILLFUL-DAMAGE (C00484) |
| **Statute** | 12.1-21-05(1)(b) |
| **NIBRS Code** | 290 - Destruction/Damage/Vandalism of Property |
| **Counts** | 1 |
| **Offense Details** | B FELONY |
| **Include In NIBRS** | Yes |
| **Completed** | Yes |
| **Bias Motivation** | None (no bias) |
| **Location** | Other/Unknown |
| **Entry Forced** | No |

**Dispatch Information**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **CFS #** | 2023025616 | | | | | | |
| **Location** | 6381 121ST AVE NW, RAY, ND 58849 | | | | | | |
| **Incident Code** | VAND : VANDALISM | | | | | | |
| **Occurred Between** | 05/13/23 09:45:03 and | | | | | | |
| **Assigned** | 09:47:49 | **Enroute** | 09:51:10 | **On Scene** | 10:21:25 | **Completed** | 21:15:38 |

**Reporters**

---

**EXHIBIT**

tabbies

**A**

000195

| | |
|---|---|
| **Name** |  |
| **Involvement** | Initial Reporter |
| **Sex** | Male |
| **DOB** | |
| **Address** | |
| | WILLISTON, ND 58801 |
| **Home Phone** | (000) 572- |
| **Home Phone** | (701) 570- |
| **Spouse Phone** | (701) 770- |
| **Report Time** | 05/13/23 09:45:03 |
| **How Reported** | Phone |
| **From Phone** | (701) 570-2905 |
| **Contact Phone** | |
| **Comments** | |

**Other Names**

| | |
|---|---|
| **Name** | BASIN ELECTRIC POWER COOPERATIVE |
| **Involvement** | Business |
| **Sex** | |
| **DOB** | |
| **Address** | 218 58TH ST W |
| | WILLISTON, ND 58801 |
| **Business Phone** | (701) 557-5396 |
| **Comments** | |

| | |
|---|---|
| **Name** | GRAHAM, DANIEL |
| **Involvement** | Employee |
| **Sex** | Male |
| **DOB** | |
| **Address** | |
| **Cell Phone** | (719) 233- |
| **Business Phone** | (701) 557- |
| **Comments** | |

| | |
|---|---|
| **Name** | |
| **Involvement** | Employee |
| **Sex** | Male |
| **DOB** | |
| **Address** | |
| | WILLISTON, ND 588010000 |
| **Home Phone** | (701) 770- |
| **Home Phone** | (000) 774- |
| **Cell Phone** | (701) 770- |
| **Comments** | |

| | |
|---|---|
| **Name** | |
| **Involvement** | Employee |
| **Sex** | Male |
| **DOB** | |
| **Address** | |
| | WILLISTON, ND 58801 |
| **Cell Phone** | (605) 216- |
| **Comments** | |

000196

| | |
|---|---|
| Name | MOUNTRAIL WILLIAMS ELECTRIC COOPERATIVE |
| Involvement | Business |
| Sex | |
| DOB | |
| Address | 218 58TH ST W |
| | WILLISTON, ND 58801 |
| Business Phone | (701) 577-3765 |
| Comments | |

| | |
|---|---|
| Name | ███████████████████ |
| Involvement | Employee |
| Sex | Male |
| DOB | |
| Address | |
| Cell Phone | (918) 968-5084 |
| Comments | |

| | |
|---|---|
| Name | SMITH, CAMERON MONTE |
| Involvement | Arrestee |
| Sex | Male |
| DOB | ████████ |
| Address | |
| Comments | |

| | |
|---|---|
| Name | ███████████████████ |
| Involvement | Employee |
| Sex | Male |
| DOB | ████████ |
| Address | ████████████████ |
| | WILLISTON, ND 58801-6929 |
| Cell Phone | (701) 202-6047 |
| Comments | |

## Vehicles

| | |
|---|---|
| Involvement | Suspect |
| Plate | 273LXW OR |
| Description | 2005 Black Honda Element |
| Owner | MILLER, MARIE LIU |

## Call Details

## Arrestee

**SMITH, CAMERON MONTE**
Male, DOB ████████

12.1-21-05(1)(b) - CRIMINAL MISCHIEF - WILLFUL-
DAMAGE (C00484) - B FELONY

## Complainant

**SMITH, CAMERON MONTE**
Male, DOB ████████

12.1-21-05(1)(b) - CRIMINAL MISCHIEF - WILLFUL-
DAMAGE (C00484) - B FELONY

## Offender

Case SO-IR2302008

000197

**SMITH, CAMERON MONTE**
Male, DOB ▓▓▓▓

12.1-21-05(1)(b) - CRIMINAL MISCHIEF - WILLFUL-
DAMAGE (C00484) - B FELONY

**Victim**

**BASIN ELECTRIC POWER COOPERATIVE**
218 58TH ST W
WILLISTON, ND 58801
(701) 557-5396 Business

12.1-21-05(1)(b) - CRIMINAL MISCHIEF - WILLFUL-
DAMAGE (C00484) - B FELONY

**MOUNTRAIL WILLIAMS ELECTRIC COOPERATIVE**
218 58TH ST W
WILLISTON, ND 58801
(701) 577-3765 Business

12.1-21-05(1)(b) - CRIMINAL MISCHIEF - WILLFUL-
DAMAGE (C00484) - B FELONY

**Other**

▓▓▓▓▓▓▓▓▓▓▓▓
Male, ▓▓▓▓▓▓
312 18TH ST E
WILLISTON, ND
(000) 572-▓▓▓ Home
(000) 572-▓▓▓ Home
(701) 770-▓▓▓ Cell

Employee: 12.1-21-05(1)(b) - CRIMINAL MISCHIEF -
WILLFUL-DAMAGE (C00484) - B FELONY

**MILLER, MARIE LOU**
Unknown, DOB ▓▓▓▓
ASTORIA, OR 97103

Vehicle Owner: 12.1-21-05(1)(b) - CRIMINAL MISCHIEF
- WILLFUL-DAMAGE (C00484) - B FELONY

**Unspecified**

**BLOMBERG, BRANDON ALBERT**
Male, DOB ▓▓▓▓
▓▓▓▓ 40TH ST NW
WILLISTON, ND 58801
(000) 572-▓▓▓ Home
(701) 570-▓▓▓ Home
(701) 770-▓▓▓ Spouse

**BRATRUD VSKY, LLOYD RICHARD**
Male, DOB ▓▓▓▓
▓▓▓▓▓▓▓▓
TIOGA, ND
(701) 648-9748 Cell

**GRAHAM, DANIEL**
Male

(719) 233-▓▓▓ Cell
(701) 557-▓▓▓ Business

000198



Male,
WILLISTON, ND 588010000

(701) 770-____ Home
(000) 774-____ Home
(701) 770-____ Cell

Male, DOB
WILLISTON, ND 58801

(605) 216-8287 Cell

**MURPHY, WILLIAM HOLDEN**
Male

(918) 968-____ Cell

Female,
4728 119TH RD NW LOT 112
EPPING, ND 58843

(512) 590-____ Cell
(701) 568-____ Work

**UR NEXT TOWING**

TIOGA, ND 58852

(701) 648-____ Business

Male, DOB
WILLISTON, ND 58801-6929

(701) 202-____ Cell

Male, DOB
WILLISTON, ND 58801

(906) 553-____ Cell

## Vehicles

**273LXW** OR - (Suspect)
2005 Black Honda Element
Owner

# Primary Narrative By Justin Roberts, 05/14/23 17:05

On 05/13/2023, at approximately 0945 hours, Sgt. Roberts was assigned to a vandalism call for service. Employees of Basin Electric Power Cooperative and Mountrail Williams Electric Cooperative were reporting one of their shared substations had been shot to include transformers and other equipment. The location of the substation was described as being at the intersection of Hwy 2 and 121st Ave. NW.

000199

Sgt. Roberts arrived on scene at approximately 1021 hours. Sgt. Roberts observed the substation to be on the southwest corner of the intersection of Hwy 2 and 121st Ave. NW. There were two entrances to the substation, both off of 121st Ave. NW. Sgt. Roberts observed a couple of vehicles parked near the southern most entrance. Sgt. Roberts pulled up to the gate. Sgt. Roberts observed the following:

 - A large site enclosed with chain link fencing topped with barbed wire
 - A sign hanging on the perimeter fence near the gate, which read, BASIN ELECTRIC POWER COOPERATIVE, A Touchstone Energy Cooperative, WHEELOCK SUBSTATION, 230/115KILOVOLT, 6381 121st AVE NORTHWEST WHEELOCK, ND 58849, FOR EMERGENCY CALL 800-339-5616
 - A blue in color building within the fenced area
 - Several electrical apparatus' throughout the fenced in area
 - Several employees of both electrical companies surveying damage

Sgt. Roberts noted an overcast sky with steady rainfall, and a strong, sustained wind upon arrival. Sgt. Roberts exited his patrol vehicle and noted the ground (gravel) to be soft with standing water in low areas.

Sgt. Roberts spoke with C█████ M█████ and W█████ M█████ employees of Basin Electric Power Cooperative (BEPC). Q█████ gave a brief overview of what he found in regards to the damaged electrical apparatus' belonging to BEPC. Sgt. Roberts spoke to an employee (identity unknown) of Mountrail Williams Electric Cooperative (MWEC), who advised their safety guy (A██B█████) did not want law enforcement to enter the fenced in area before his arrival. M█████advised he had taken photographs of the damage to various electrical aparatus' throughout the site. He provided Sgt. Roberts with 18 photographs. See attached. It should be noted, the photographs taken by M█████y are close up shots of damage to the equipment. Sgt. Roberts' attached photographs are all taken from outside of the fence.

Sgt. Roberts began searching for evidence by walking along the outside of the east fence. This fence runs north and south, each end meeting at the north and south entrance roads to the site. Sgt. Roberts located the following during this initial sweep:

 - Partial footprint on the ground directly to the north of the entrance road, and to the east of the perimeter fence (Photograph was taken)(Photographs of M█████ and M█████s boots were taken as known prints).
 - Purple in color spray paint on the small diameter river rock that comprises the base of the site.
 - The spray painted rocks were located just outside the east perimeter fence near the first of (6) green electrical boxes that are located just inside the east perimeter fence.
 - Painted on the rocks was a circle with unknown markings inside of it. Just below (east) of the circle "XR". Next to (north) of the "XR", "DAPL" with an unknown marking or writing to the left (south) of the "D". Photographs taken of the spray painted markings.
 - (4) .450 Bushmaster shell casings outside of the east perimeter fence in the river rock. All four located within one or two feet of each other. The shell casings were in line with a transformer that had been shot, owned by      BEPC. Sgt. Roberts retrieved one of the (4) casings to examine the primer. Noted, was a struck primer with blue in color primer primer sealant around the primer. Photographs taken.
 - A white in color broken Zip-Tie that appeared fresh (un-weathered) located outside the east perimeter fence adjacent to the above shell casings in the grassy area just outside of the river rock. Photographs taken.
 - Disturbances in the river rock to the north of the shell casings outside the east perimeter fence. Photographs taken.
 - Tire tracks on the north entrance road that approach the gate, make a loop, then return toward the exit (121st Ave. NW). Photographs taken.

It should be noted, while Sgt. Roberts was walking the east fence line he heard a vehicle traveling on 121st Ave. NW. Based on Sgt. Roberts' experience, 121st Ave. NW sees very little traffic as there are no residences in the area or direct routes to oil sites. At the time of this call, Williams County had also placed road restrictions on county roads limiting weight to 20,000lb max, further limiting the amount of traffic that may use 121st Ave. NW. Sgt. Roberts turned toward the road and observed a mid-sized tow truck traveling northbound on 121st Ave. NW toward Hwy 2. Sgt. Roberts took a photograph of the truck.

Sgt. Roberts was advised by dispatch that a task force member associated with the FBI wished to speak with him (Sgt. Roberts) about the incident he was investigating. Sgt. Roberts returned to his patrol vehicle and contacted Task Force Officer (TFO) Shaun Schatz. Sgt. Roberts informed TFO Schatz of his findings up to the current point in the investigation.

Sgt. Roberts contacted Williams County Sheriff's Office Detective Amber Dickerson to advise her of the situation.

000200

Det. Dickerson advised she would be responding.

Sgt. Roberts made contact with D███ Y██████████, Substation Supervisor with BEPC. Y█████████ joined Sgt. Roberts in his patrol vehicle and provided the following information:

- He has been with BEPC for 8 1/2 years
- He is the Substation Supervisor for BEPC
- The Wheelock Substation is a dual station with both BEPC and MWEC providing services
- At approximately 0627 hours, on 05/13/2023, multiple alarms were sent to Western Area Power Association's (WAPA) dispatch center indicating a unit had tripped
- He was notified by WAPA within minutes of the units tripping
- They have had issues in the past with moisture causing alarms, and with the continuous rain in the area it was a possibility the rain had caused the trip
- BEPC employees started a response by loading equipment to address the alarms
- Approximately 1 hour after the initial call he received, a second call was made indicating MWEC was also receiving multiple alarms that their unit had tripped
- This escalated concerns as it is unlikely moisture would cause both units to trip
- Having both units trip would cause power to the main building to go out
- BEPC and MWEC employees responded arriving at approximately 0945 hours, on 05/13/2023
- The alarms occur once a certain level of oil is lost from the electrical apparatus' so it is likely the shooting took place a few hours prior to the alarm at 0627 hours

Yarochowicz provided the following information about the known damage to BEPC's electrical apparatus' at the time of the interview:

- SPX Power Transformer to include the Conservator Tank, Radiators, Bushings,  and LTC Control (All of the aforementioned equipment are different parts of a single electrical apparatus)
- Specifics: Several bullet strikes to Conservator Tank with no known penetration on initial inspection
        (12) total radiators on unit, (5-6) with known damage causing substantial oil leaks
        (3) known Bushings with damage
        LTC Control with bullet strike and penetration leaving fragmented bullet shards behind
- A rough estimate of the value of damaged equipment is dependent on whether full replacement is needed or repairs can be made. If repairs can be made the value is in the high hundreds of thousands of dollars. If replacement is needed, the value is in the mid millions of dollars.

While speaking with Y█████████ he received a call from a BEPC Security employee named Daniel G██████. During part of the conversation, Y█████████ placed his phone on speaker and let G██████ know Sgt. Roberts could hear the conversation. G██████ was describing to Y█████████ a similar incident to the shooting at the Wheelock Substation at a BEPC substation in Carpenter, SD (East River Substation). G██████ described markings that had been left by suspects as follows:

- "DAPL" as well as "Extreme Resistance", and circle with an hour glass inside of it.

The markings described by G██████ appear to be consistent with the markings located by Sgt. Roberts at the Wheelock Substation.

Sgt. Roberts was met by Detectives Dickerson and Bernier. Sgt. Roberts advised them of his findings up to the current point in the investigation. Sgt. Roberts assisted detectives with the following:

- Showing them the evidence located outside of the east perimeter fence.
- A walk through of the interior of the site, inside the fence where damage was pointed out by the respective companies, documented and evidence collected.

TFO Schatz arrived on scene and joined Sgt. Roberts and detectives on the interior of the site.

Sgt. Roberts made contact with D██ Ha████, General Manager of MWEC. Ha████ joined Sgt. Roberts in his patrol vehicle and provided the following information:

- At approximately 0726 hours, on 05/13/2023, MWEC dispatch received multiple alarms.
- MWEC employees responded and found the site had been shot.
- MWEC contacted the Upper Missouri River Regional Dispatch center at approximately 0945 hours to report the

000201

damage.

H█████ provided the following information about the known damage to MWEC's electrical apparatus' at the time of the interview:

- Distribution System, specifically (3) Voltage Regulators, all of which had received bullet strikes and penetration with a replacement cost of $55,000 per unit
- An exterior light with a bullet strike and penetration with a replacement value of $250.00
- Transformer and Bushings with bullet strikes and penetration with a replacement value of $1,000,000
- Current Transformer with bullet strikes (unknown penetration) with a replacement value of $10,000
- 115,000 Volt Circuit Breaker Door with bullet strike and penetration

It should be noted, the above values were a rough estimate at the time of the interview, and Haugen advised they could change once more time had passed and the damage could be assessed further.

Sgt. Roberts joined Det. Dickerson in their unmarked vehicle. Det. Dickerson observed what appeared to be a vehicle to the southeast of the substation, and notified Sgt. Roberts of her observation. Sgt. Roberts, using a pair of binoculars provided by Det. Dickerson, looked at the vehicle and observed what appeared to be a smaller SUV with a luggage compartment on the roof. Sgt. Roberts is familiar with this area and knew there were no residences in the vicinity. From the substation, it appeared the SUV was in the middle of a field.

Sgt. Roberts drove his patrol vehicle south on 121st Ave. NW to get a closer look at the above vehicle. Sgt. Roberts came to a prairie trail, AKA 63rd St. NW, that went east from 121st Ave. NW. Sgt. Roberts observed tire tracks in the approach to the prairie trail. Sgt. Roberts observed the trail to have several areas of standing water as it continued east toward the SUV. It appeared as though the SUV was facing west on the north side of the trail. Sgt. Roberts estimated the SUV was approximately 1/2 to 3/4 of a mile east of 121st Ave. NW. Due to the original incident involving a .450 Bushmaster, and the wide open terrain, Sgt. Roberts returned to detectives who were parked closer to the substation and advised them of his findings. It was determined Sgt. Roberts and Cpl. Tougas would attempt to get to the SUV using the prairie trail (63rd St. NW.)

Deputies drove the prairie trail in their respective squad cars. Four wheel drive was required to not get stuck. As Sgt. Roberts approached the SUV he observed it to be a black in color Honda Element bearing Oregon license plate 273 LXW with an enclosed luggage container attached to the roof rack. Deputies drew their duty handguns and cleared the Honda. The Honda was found to be unoccupied but contained several items throughout the entire interior of the Honda visible from the windows. The doors to the Honda were found to be locked. Sgt. Roberts confirmed the Honda was stuck on the north side of the prairie trail in a crop field, facing west. Sgt. Roberts observed floor mats under the front tires in what appeared to be an attempt by the driver to get the Honda unstuck. Sgt. Roberts observed the majority of the exterior of the Honda to be covered in wet and dry mud. Sgt. Roberts photographed the exterior of the Honda. Dispatch advised the Honda was registered to a M█████ M███ of Oregon.

Sgt. Roberts located, on the ground outside of the drivers side of the Honda, a USDA Forest Service Proof of Payment Hangtag #46723914. The "Date In", "Date Out", and "No. Days Paid" portions were completed as follows:

- "Date In" hand written in black ink "5-12"
- "Date Out" hand written in black ink "5-13"
- "No. Days Paid" hand written in black ink "1"

It should be noted, the hangtag was wet from the elements and when Sgt. Roberts picked it up to examine it, the "Detach and place stub following posted instructions" portion tore away and blew a short distance away. Sgt. Roberts was able to retrieve it, and observed the same ID # as above as well as the same fill in portions as above, however these sections were not completed. Sgt. Roberts photographed both portions and placed them back on the ground.

Sgt. Roberts and Cpl. Tougas returned 121st Ave. NW to advise detectives of their findings. Detectives advised deputies they had spoken to the Williams County States Attorney's Office, and after explaining the findings of the investigation, a search would be conducted of the abandoned Honda Element. The landowner was contacted and permission was granted to investigate the Honda on his property.

Sgt. Roberts along with Detectives Dickerson and Bernier, and Cpl. Tougas drove out to the Honda. Cpl. Tougas made entry through the drivers window by breaking it with a department issued entry tool. Sgt. Roberts remained in his patrol vehicle while the entry and search were being conducted in an attempt to dry off and warm up. Sgt. Roberts was

000202

informed correspondence was located bearing the name Cameron Smith with a year of birth, 1974. Sgt. Roberts checked the local law enforcement database and found nothing matching a Cameron Smith with a year of birth of 1974. Sgt. Roberts was also advised an empty soft shell gun case was located, a owners manual for a Bushmaster rifle, and a "Cheaper Than Dirt" receipt for the purchase of .450 Bushmaster ammunition with name M███ M███ as the purchaser. At this point, the search was stopped due to the amount of items within the Honda and the inclement weather, and detectives requested a tow to be contacted.

Sgt. Roberts contacted L██ Ke█████ with Affordable towing to ask who in Williams County had a four wheel drive tow truck. Les provided the owner name and phone number for UR Next Towing out of Tioga. The name provided was R█████ with a phone number of 701-648-████. Sgt. Roberts contacted Richard for the first time at approximately 1458 hours, on 05/13/2023. Before Sgt. Roberts could finish telling R█████ about the situation, R█████ advised he knew what Sgt. Roberts was talking about as he'd been contacted to tow the Honda earlier in the day. Richard continued saying he ended up giving a male a ride from the scene, to the Microtel Inn and Suites in Williston, ND. Richard advised he had received two different phone calls from passerby's who were calling on behalf of a male requesting assistance in the area of the Honda. Richard advised he did not have the male's name or phone number but described him as a 50ish year old, with partial gray hair, round face, approximately 200lbs with nice equipment. Richard advised the male had a backpack and some duffel bags with him. R█████ told the male he wouldn't be able to tow him until Monday when it was dry so instead he provided the male with a ride to Williston. Sgt. Roberts requested Richard respond to the scene to attempt to tow the Honda out of the field and bring it to a secure impound lot. R█████ agreed to respond.

It should be noted, it was at this time Sgt. Roberts recalled taking a picture of a mid-sized tow truck earlier in the investigation as it drove northbound on 121st Ave. NW. Sgt. Roberts checked his photographs and observed the time stamp to be 1056 hours, on 05/13/2023.

It was determined Cpl. Tougas would remain with the Honda awaiting the tow truck. Detectives and Sgt. Roberts responded to Williston in an attempt to locate the male that was given a ride from R█████.

Upon arrival to Williston, Sgt. Roberts responded to an area south of the Microtel Inn and Suites which is located at 3820 4th Ave. W. Williston, ND 58801. Sgt. Roberts parked out of sight of the Microtel. A short time later, detectives advised an individual named Cameron Smith had checked into the Microtel and was provided room 123. Detectives obtained a Canadian passport image used for check-in from hotel staff bearing the name Cameron Monte Smith with a date of birth of 09-30-1974.

It was determined that contact with Cameron was preferred to be made outside of his room. With the assistance of hotel staff, a call was made asking Cameron to come to the front desk. Cameron answered his hotel room phone and advised he would come to the front. Sgt. Roberts along with Det. Bernier remained in an employee area outside of view of the front lobby. Det. Dickerson was in a position she could see the lobby and would indicate to Sgt. Roberts and Det. Bernier when Cameron was approaching. After a lengthy period of time, Cameron would still not come to the front lobby area. It was then determined the application process for a search warrant would be started. Sgt. Roberts left the Microtel and responded to an off site location along with several members of the on duty Williston Police Department patrol shift to discuss possible tactics in executing the search warrant.

While the search warrant was being applied for, Detective Dickerson radioed to Sgt. Roberts that Cameron had come out of his room, and was detained. Sgt. Roberts responded to the Microtel front lobby area. Det. Bernier was sitting with Cameron at a table in the lobby area. Det. Bernier requested handcuffs. Det. Bernier placed handcuffs on Cameron to the front of his body. Sgt. Roberts checked for tightness and double locked the handcuffs. Sgt. Roberts did this while Cameron remained in a seated position at the small table.

Sgt. Roberts stood by in the lobby area awaiting the search warrant. Deputies Gregory and Price arrived on scene to transport Cameron to Williams County Corrections on a Felony B Criminal Mischief detainer.

The search warrant was granted and Sgt. Robert read over it prior to beginning the search. Sgt. Roberts along with a couple other deputies entered room 123 and cleared it, ensuring there were no other occupants. None were found. Sgt. Roberts assited in searching the room. See evidence inventory for further details.

Sgt. Roberts cleared from the Microtel and went off duty.

See Detectives Dickerson and Bernier's, and Cpl. Tougas' reports for further information on their involvement.

See supplemental report by Sgt. Roberts for details on subsequent investigations that took place on 05/14/2023.

000203

## Supporting Narrative By Tanner Tougas, 05/14/23 10:09

1. On 5/13/2023 at approximately 1333, Williams County Sheriff's Office Cpl Tougas arrived at 6381 121st Ave NW Ray, ND to assist Sgt Roberts with a vandalism he was currently investigating. The location had reported transformers and other equipment had been shot overnight. Cpl Tougas was on scene for a short time when he was told that his assistance was not needed. Cpl Tougas departed the scene. A short while later, Cpl Tougas was requested to return due to on scene units noticing a suspicious vehicle in a field nearby. Cpl Tougas was back en route to the area.

2. At approximately 1357, Cpl Tougas arrived south of the aforementioned location and met with Sgt Roberts who was with Detectives Dickerson and Bernier. While awaiting instructions, Cpl Tougas noticed a vehicle to the Southeast in the field. The vehicle appeared to be black in color and a smaller SUV. Cpl Tougas was briefed by Sgt Roberts that both would check on the vehicle while detectives provided cover from the road. A short while later, Cpl Tougas and Sgt Roberts proceeded to the vehicle. Please note, the access to the vehicle was by a section line/prairie trail that border two fields. On maps, the section line/prairie trail showed 63rd St NW.

3. Upon Cpl Tougas' and Sgt Roberts' arrival to the vehicle, they identified the vehicle as a black 2005 Honda Element bearing OR plate: 273 LXW. They checked the vehicle and found it unoccupied. Cpl Tougas heard radio traffic from dispatch advising the registered owner was M█████u M████. Cpl Tougas recalled from visually clearing the vehicle that male clothing items were inside, namely large shoes/boots that appeared to be for hiking. The vehicle was obviously stuck in the field, just off of the section line. Cpl Tougas also noticed tire impressions leading from the vehicle to the East, indicating a Westbound travel of the vehicle before it became stuck in the mud.

4. After clearing the vehicle, Cpl Tougas continued Eastbound following the tire impressions. A short distance East from the vehicle, Cpl Tougas noticed recent tire impressions that appeared have turned around in a left hand manner that was a short distance East of the Honda Element. Cpl Tougas inspected these impressions and was unable to find any distinguishing tire tread pattern. Cpl Tougas continued Eastbound. Cpl Tougas later came to a section, believed to be the approximate location of 63rd St NW and 120th Ave NW, where Cpl Tougas was unable to continue. There, Cpl Tougas observed the tire impressions continued from the field further East. Sgt Roberts was advised of this information.

5. Cpl Tougas returned to Sgt Roberts and detectives who were on 121st Ave NW. Cpl Tougas heard conversations of getting pictures of the tire tread that was on the vehicle. Cpl Tougas returned to the vehicle a short time later and was able to acquire photographs of the front passenger's side and rear driver's side tire tread pattern. Cpl Tougas was unable to get photographs of the other two tire tread patterns due to being completely covered in mud and their positioning within the field. Cpl Tougas was then instructed by Sgt Roberts to remain with the vehicle.

6. Shortly thereafter, Sgt Roberts, Detective Dickerson, and Detective Bernier arrived at the vehicle. Cpl Tougas was advised a search of the vehicle would be conducted. Cpl Tougas acquired his breaching tool kit. When advised by detectives, Cpl Tougas checked all doors and found them to be locked. After verifying the vehicle was secured and no key was visible nearby, Cpl Tougas forced entry by breaking the driver's door window with his breaching tool. Cpl Tougas unlocked the vehicle by pressing the driver's door power unlock button. Cpl Tougas secured his breaching kit in his patrol vehicle while detectives conducted their search. Cpl Tougas later photographed the destroyed window, broken glass on the floorboard, and broken glass on the ground in the field.

7. Cpl Tougas later heard items located provided probable cause linking the vehicle to the investigation. The vehicle was to be towed to the Williams County Cold Storage. Cpl Tougas proceeded to the road and awaited UR Next Towing to arrive. Upon their arrival, Cpl Tougas was advised by UR Next Towing of the following information:

-The tow company was contacted on two occasions by two different individuals.
-Both calls spoke about coming across a male on County Road 15 (119th Ave NW) who stated he was stuck in a field.
-They had responded to assist the male, arriving at the field access around 1009, where they told the male they would not provide service due to the muddy conditions caused by recent rain.
-They provided the male a ride to Microtel hotel in Williston, ND.
-The male was identified as "Cam Smith" with a phone number of 647-559-████.
-They stated the information was already told to Sgt Roberts when he requested the tow for the vehicle.

Please note, Cpl Tougas photographed the phone screen that had "Cam Smith's" phone number. The picture was sent to Sgt Roberts via text message.

8. Cpl Tougas followed UR Next Towing to the vehicle. Due to the muddy conditions, the tow truck became stuck on

000204

two occasions. After some time, the operator informed Cpl Tougas he was having tire chains delivered to the scene to get unstuck. Cpl Tougas further conversed with the driver. During this conversation, Cpl Tougas found out the following information:

-When they had initially responded to assist "Cam Smith" and told him they would not attempt the recovery, "Cam Smith" said he would pay "triple".
-"Cam Smith" said he was in the area visiting his girlfriend.
-"Cam Smith" was asked why he was in the field to which he replied he was trying to find a place to camp for the night.
-They believed "Cam Smith" spent the night in his vehicle while it was stuck.
-They described "Cam Smith" as a "weird" individual but did mention coming across "weird" individuals regularly in their call outs.

9. Upon the arrival of the tire chains, Cpl Tougas proceeded to the road. Cpl Tougas transported the tire chains, equipment, and the other individual to the tow truck. Cpl Tougas then sat with the Honda Element.

10. At approximately 1758, Cpl Tougas was contacted by Deputy Isenhower. Deputy Isenhower advised he was en route to relieve Cpl Tougas. Deputy Isenhower arrived a short time later. Cpl Tougas, using evidence tape, created a makeshift window over the driver's door. Cpl Tougas did this to prevent items from coming out of the vehicle due to wind during transportation. Cpl Tougas photographed the window. Cpl Tougas then informed UR Next Towing operators that he was clearing, Deputy Isenhower was taking over, and provided them with Deputy Isenhower's phone number. They advised they understood.

11. At approximately 1843, Cpl Tougas cleared the scene after transferring custody of the scene to Deputy Isenhower.

## Supporting Narrative By Hayden Kuchler, 05/17/23 06:44

On Sunday, May 14th 2023, at approximately 1239 hours, Deputy Kuchler was on patrol for the Williams County Sheriff's Office. Deputy Kuchler was assisting Sgt. Roberts and Detectives Bernier and Dickerson with follow up from an investigation from May 13th, 2023. Sgt. Roberts and Detectives Bernier and Dickerson were reviewing video surveillance at Walmart (4001 2nd Ave W, Williston, ND 58801). Deputy Kuchler learned that a search warrant had been executed on May 13th, 2023 at the Microtel Inn and Suites (3820 4th Ave W, Williston ND 58801). During the search warrant several bags were not located. Sgt. Roberts and Detectives Bernier and Dickerson were reviewing the surveillance to see if the the subject, Cameron Smith left the hotel with the bags.

Deputy Kuchler arrived and met Sgt. Roberts and Detectives Bernier and Dickerson in the asset recovery office at Walmart. Deputy Kuchler stood by while the footage was reviewed. Deputy Kuchler observed a male pulling a cart, travel north from the Microtel Inn and Suites across the Walmart parking lot. The male turns and walks eastbound on 42nd St W. The male walks across the intersection of 2nd Ave. W. The male goes out of view once he crosses the intersection.

Deputy Kuchler and Sgt. Roberts left Walmart, and went to the business strip on the east side of the Walmart parking lot to see if any of the businesses there had surveillance cameras. None of the businesses had surveillance cameras. Deputy Kuchler and Sgt. Roberts returned back to Walmart and met with Detectives Bernier and Dickerson. Detectives Bernier and Dickerson asked Sgt. Roberts and Deputy Kuchler to go look for surveillance cameras on the east side of 2nd Ave W in the area where the male was last seen. Sgt. Roberts informed Deputy Kuchler that he was at Peirce Auto Body (115 34st St W) reviewing footage with an employee. Deputy Kuchler responded. Deputy Kuchler and Sgt. Roberts did not observe the male in the footage. Detectives Bernier and Dickerson were at Astro Chem-Lab (4102 2nd Ave W) reviewing footage. Deputy Kuchler and Sgt. Roberts responded. The male is seen on Astro Chem-Lab camera walking eastbound pulling the cart. The male is walking on the south side of the street (42nd St E). The male crosses the street, and walks directly to a dumpster on the north side of the street located in the parking lot of Hollen Auto-body (124 42nd St W). The male gets close to the dumpster but then turns ones he reaches it and walks back to the south side of the street. After observing this, it appeared the male was trying to locate a dumpster to discard something. Sgt. Roberts showed Deputy Kuchler a picture of the bags in question. Deputy Kuchler observed a gray duffel bag with red outlining on it and a bright blue duffel bag with neon green outlining.

Deputy Kuchler and Sgt. Roberts left Astro Chem-Lab and began to search the area for dumpsters. Deputy Kuchler and Sgt. Roberts checked dumpsters north on the frontage road along 2nd Ave W, and the dumpsters on the west side of Williston Garden Apartments (10 42nd St E). Deputy Kuchler and Sgt. Roberts checked a trailer outside of the Astro Chem-Lab and the dumpsters on their property. Deputy Kuchler and Sgt. Roberts did not locate anything. Sgt. Roberts informed Deputy Kuchler of updates received by Detectives Bernier and Dickerson. Deputy Kuchler and Sgt. Roberts were informed the male was viewed walking eastbound on 42nd St E pulling the cart with the bags still visible.

000205

Approximately 7 minutes later, the male is walking westbound still on 42nd St E pulling the cart but the bags are now gone. The male was walking on the south side of the street.

Deputy Kuchler and Sgt. Roberts drove to the east side of the Williston Garden Apartments and stopped to check the northern most set of dumpsters on the east side. Deputy Kuchler observed three dumpsters. One on the north side and two on the south side. The dumpster on the north side was overflowing with garbage. The dumpsters on the south side did not look as full. Sgt. Roberts was searching the closest dumpster to the parking lot on the south side. Deputy Kuchler went to the eastern most dumpster on the south side. Deputy Kuchler did not observe the bags inside. Deputy Kuchler went to the overflowing dumpster on the north side. Deputy Kuchler opened the dumpster and started taking trash bags out. Deputy Kuchler observed on the bottom of the dumpster a gray bag with red on it. Deputy Kuchler informed Sgt. Roberts. Deputy Kuchler removed the bag from the dumpster and set it on the edge of the dumpster. Deputy Kuchler noted the bag was heavy enough to contain something based on the weight of the bag as she removed it. Sgt. Roberts unzipped the bag and Deputy Kuchler observed the upper part of a firearm, to include the barrel, and an optic and several loose rounds of ammunition inside. Sgt. Roberts notified Detective Bernier. Deputy Kuchler and Sgt. Roberts continued to look for the blue duffel bag. Deputies walked down to the further south dumpster but did not locate anything inside. Deputies returned to where the gun was located. Deputy Kuchler searched further inside of the dumpster where the gun was located. Deputy Kuchler located a blue duffel bag with neon green outlining. Deputy Kuchler tried to lift the bag out of the dumpster but it was too heavy. Sgt. Roberts removed the bag.

Deputy Kuchler retrieved the serial number off the upper portion of the firearm located in the gray duffel bag (BK5091719), and asked dispatch to check it. Dispatch advised the gun was clear in NCIC.

Detectives Bernier and Dickerson took custody of both duffel bags.

This concludes Deputy Kuchler's involvement in this investigation.

End of Report.

## Supporting Narrative By Justin Roberts, 05/17/23 12:57

On 05/14/2023, at approximately 0911 hours, Sgt. Roberts contacted Lloyd Richard Bratrsovsky (Richard) with UR Next Towing to complete follow up on the case from the day prior.

Richard provided the following information:

- At approximately 0856 hours, on 05/13/2023, he received a phone call from a M██ (unknown last name)(phone number 512-590-████) requesting a tow for a male she had located on 119th Ave. NW approximately 1 1/2 miles south of Hwy 2 whose vehicle was stuck.
- M██ advised the male said his phone was dead.
- R█████ believes M██ works at Farmers Insurance in Ray, ND.
- While responding to the request for the tow, he received a second call (phone number 906-553-████) at approximately 0938 hours, from an unknown male requesting a tow for a male he had located at the same location Mary had described.
- R█████ told the second caller he was already on his way to assist the male.
- R█████ arrived and located the male standing on an approach off of 119th Ave. NW.
- The male got into R█████'s tow truck and they drove south on 119th Ave. NW, west on 62nd St. NW, and north on 121st Ave. NW stopping at the prairie trail AKA 63rd St. NW.
- After a short assessment of the situation, R█████ told the male he would not be attempting to tow the vehicle due to the muddy conditions.
- R█████ had the impression the male wanted his vehicle towed badly as he offered R█████ triple his normal rate without knowing R█████'s standard rate.
- The male asked about having his vehicle towed to a Honda dealership as he believed the transmission was inoperable.
- The male requested R█████ and his son, C██, who was assisting with the tow, walk to the vehicle to grab belongings.
- R█████ told the male he would not be walking to the vehicle but would wait.
- The male walked to his vehicle, spent time gathering items, and returned after resting on a few occasions on the way back.
- It took approximately 45 minutes for the male to go to his vehicle and return.

000206

- The male returned with several bags and a cart.
- R█████ described the bags as (1) blue/black duffel style bag approximately 2'x1'x1' that was noticeably heavy as he assisted loading it into his tow truck. (1) Tan duffel style bag that was approximately 3' in length that was not as heavy as the blue/black bag but contained something based on the way it bent and sagged as he was assisting loading it into his tow truck. (1) orange duffel style bag that he assisted loading into his tow truck. (1) backpack style bag with a water bottle.
- Once loaded, R█████ began driving toward Hwy 2, north on 121st Ave. NW with the male in the cab.
- Richard noticed increased activity at the Wheelock Substation, to include Sgt. Roberts' patrol vehicle.
- R█████ and Ch██ talked about the activity.
- The male did not join in the conversation.
- R█████ drove the male to the Microtel Inn and Suites in Williston.
- They did not make any stops prior to the Microtel.
- The male exited his tow truck and retrieved a luggage cart from the hotel.
- The male removed all of the above mentioned items from the tow truck and he put them on the luggage cart.
- The male paid Richard $150.00 in cash (3) $50.00 bills in US Currency.
- Richard made a deal with the male to pay $150.00 up front and a second $150.00 after completion of the tow.
- The male retained possession of the vehicle's key.
- R█████ and his son left the Microtel.
- R█████ did not get the male's name or phone number.
- After speaking with Sgt. Roberts the day prior (Call that Sgt. Roberts made requesting Richard respond to tow the Honda), he received a phone call from a restricted number.
- The call was from the male he drove to the Microtel.
- The male was asking if he could pay for the tow once completed on Monday with a credit card over the phone.
- The male told Richard he would leave the keys for the Honda at the front desk of the Microtel.
- This gave Richard the impression he would not see the male again.
- Richard told the male he would need a name and phone number so Richard could communicate with the male about the tow.
- The male provided the name Cam Smith with a phone number of 647-559-████ which his son Ch██ logged into the note section of his iPhone.
- R█████ provided this information to Cpl. Tougas when he was with him during the tow of the Honda.
- R█████ did not tell Cam about law enforcement's involvement with his vehicle.

Sgt. Roberts did not recall a blue/black duffel bag or tan duffel bag during the search warrant executed at the Microtel on the day prior. Sgt. Roberts contacted Detective Dickerson and advised her of his conversation with R███████. Det. Dickerson advised she and Det. Bernier would respond to the Microtel to check camera footage.

Sgt. Roberts contacted M███ at the number provided by R█████. Sgt. Roberts left a voice mail requesting a call back. Shortly after, Sgt. Roberts received a phone call from M███. M███ provided her identifying information as M███ ████████ S████. Sgt. Roberts advised M███ of the reason for the contact. M███ provided the following information:

- She lives in Long Creek Subdivision.
- She works in Ray, ND.
- She uses 119th Ave. NW to get to Hwy 2.
- She was traveling north on 119th Ave. NW.
- It was raining out.
- She saw a male standing in the middle of the southbound lane of travel on 119th Ave. NW.
- The male was waving his arms.
- She slowed to a stop and rolled her window down partially.
- The male told her his truck was stuck on the other side of a hill to the west of 119th Ave. NW.
- She called TNT towing and was told to call UR Next Towing.
- The male approached her vehicle asking if she'd gotten a hold of a tow company.
- She told the male she needed to get to work, and asked if she had a cell phone.
- The male patted his pockets, then said his phone isn't working.
- She told the male she would call another tow company for him on her way to work.
- She left the area, proceeding to work.
- She got in touch with UR Next Towing.
- The male was wearing what she believed to be an Eddie Bauer, down jacket, dark pants and boots.
- She did not see any possessions with the male.

Sgt. Roberts contacted the second caller that contacted UR Next Towing. The male was identified as J████ Z██████. J████ provided the following information:

Case SO-IR2302008

000207

- He works for FedEx.
- He was on his normal route which takes him south of Hwy 2 on 119th Ave. NW.
- He was flagged down by a male.
- The male told him his vehicle was stuck.
- J█████ called UR Next Towing for the male.
- R█████ with UR Next Towing told him he already received a call about the male and was responding.
- Jacob left.
- The male was carrying a backpack style bag in his hand, and was wearing what he described as a spring coat.

Sgt. Roberts was contacted by Det. Dickerson. Det. Dickerson advised Cameron was seen on Microtel camera at approximately 1150 hours, on 05/13/2023, leaving the hotel with a cart and what appeared to be a couple of bags. Sgt. Roberts received a text message of a still shot of the Microtel camera. Sgt. Roberts observed the following from the still shots:

- Cameron pushing a luggage cart containing a blue in color bag, gray in color bag on top of the blue bag, and what appears to be a folded up cart.
- Second still shot of Cameron, pushing a luggage cart, this view opposite of the first, showing the gray bag with a red in color outlining consistent with the zipper area of the bag. The blue bag is not visible in this shot, and the cart is not discernible.

Sgt. Roberts responded to the Microtel and met with Detective's Dickerson and Bernier. Sgt. Roberts responded to Walmart with detectives. Detectives, with the assistance of Walmart Asset Protection, located Cameron on a Walmart camera crossing the parking lot from the Microtel, northbound to 42nd St. W. Cameron proceeds east on 42nd St. W. before leaving the cameras view across 2nd Ave. W.

Deputy Kuchler had joined detectives and Sgt. Roberts at this point. Deputies responded to a small strip mall located on the east side of Walmart's parking lot. The strip mall contains a Verizon store, Rent-A-Center and Game Stop. None of the businesses had exterior cameras.

Sgt. Roberts proceeded to the east frontage road of 2nd Ave. W, south of 42nd St. W. in an attempt to locate businesses with exterior cameras. Sgt. Roberts noted an exterior camera on the Pierce Auto Body shop. The camera was directed at the east frontage road. Sgt. Roberts observed a male through an open garage door wiping down a vehicle. Sgt. Roberts asked the male, identified as an employee of the shop, if the exterior camera worked. The employee advised the camera does work but to view the footage he would have to respond to their main shop located at 115 34th St. W., a couple blocks south of the north shop. The employee agreed to go to the main shop and show Sgt. Roberts the footage.

From the footage obtained at Walmart, Cameron was last on camera at approximately 1201 hours as he crossed 2nd Ave. W on 42nd St. W toward the east frontage road. Sgt. Roberts asked the shop employee to start their footage playback around that time. Sgt. Roberts observed the footage until the camera time was approximately 1230 hours. From the corner of 42nd St. W and 2nd Ave. W, to the camera on the north shop is approximately 5 blocks. It did not appear Cameron walked south on the east frontage road.

Sgt. Roberts was contacted by Det. Dickerson who advised cameras were located on the exterior of Astro Chem-Lab at 4102 2nd Ave. W. Detectives Dickerson and Bernier along with Sgt. Roberts responded to Astro Chem-Labs where the were met by an employee. Astro Chem-Lab's cameras showed Cameron continuing east on 42nd St. then crossing 42nd St. toward a dumpster in the Hollen Auto Body shop parking lot. Cameron approached the dumpster, then turned around, crossing back over 42nd St. It appeared Cameron was looking for a spot to throw something away.

Sgt. Roberts and Deputy Kuchler began checking garbage cans and dumpsters in the area. Nothing of evidentiary value was located.

Det. Bernier advised Cameron was seen walking east on 42nd St. before leaving the Astro Chem-Labs camera view. Cameron still had the cart with the bags. 7 minutes passed and Cameron was observed walking west on 42nd St. with the cart but no bags.

Sgt. Roberts and Deputy Kuchler responded to the Williston Garden Apartment Complex located at 10 42nd St. E. This complex is across 1st Ave. W. from Astro Chem-Labs parking lot, and has several dumpsters. Sgt. Roberts and Deputy Kuchler had previously checked the dumpsters on the complexes west side and south side finding nothing.

000208

Sgt. Roberts and Deputy Kuchler drove to the east side of the apartment complex. The complex has apartment buildings on the interior of the property and garages bordering the exterior of the property. The garages on the far east side of the property have two different dumpster locations. They are located between the sets of garages. Sgt. Roberts and Deputy Kuchler began searching the dumpsters closest to 42nd St. This dumpster location contained (3) smaller dumpsters. (2) on the south side, and (1) on the north side. The north side dumpster was completely full. The two south side dumpsters were mostly empty and clearly did not contain duffel bags. Deputy Kuchler advised Sgt. Roberts she believed she located a bag in the north dumpster. Sgt. Roberts looked into the dumpster and observed a small portion of what appeared to be a gray in color bag. The bag was located at the very bottom of the dumpster under several bags of trash. Deputy Kuchler was able to retrieve the bag by moving trash and pulling it out. The bag appeared consistent with the earlier provided photo, gray in color with a red zippered area. Sgt. Roberts unzipped the bag and observed a barrel to a firearm with a flashlight attachment. Sgt. Roberts noted it was an AR style rifle with the lower separated from the upper. Sgt. Roberts noted a couple loose rounds of .450 Bushmaster ammunition within the bag.

Sgt. Roberts notified Det. Bernier that the bag with a firearm was located. Detectives Bernier and Dickerson responded to the dumpster. A short time later, Deputy Kuchler located a blue in color bag in the same dumpster as the bag with the firearm. This bag was also buried under several trash bags and was consistent with the earlier provided photo. Sgt. Roberts retrieved the bag from the dumpster noting it was very heavy. Sgt. Roberts began inventorying the contents of the blue bag, most notably locating several magazines for a .450 Bushmaster, several rounds of .450 Bushmaster, and a handgun with several magazines and several boxes of ammunition. See evidence inventory for further information on the contents of both bags located within the dumpster.

Custody of the duffel bags was taken by Detectives Dickerson and Bernier.

Sgt. Roberts cleared from the follow up call and returned to regular duty.

## Case Forms

Arrest Form 5/13/23 for SMITH, CAMERON MONTE, 12.1-21-05(1)(b)
Supporting Narrative 5/14/23 by Tanner Tougas
Primary Narrative 5/14/23 by Justin Roberts
Supporting Narrative 5/17/23 by Hayden Kuchler
Supporting Narrative 5/17/23 by Justin Roberts
Victim Form for BASIN ELECTRIC POWER COOPERATIVE
Victim Form for MOUNTRAIL WILLIAMS ELECTRIC COOPERATIVE

## Property / Evidence

| Item # | Category | Type | Status | Location | Description |
|---|---|---|---|---|---|
| SO-IR2302008-001 | | Digital | In Digital Files | | Digital Photo - 20230513_142943 |
| SO-IR2302008-002 | | Digital | In Digital Files | | Digital Photo - 20230513_142948 |
| SO-IR2302008-003 | | Digital | In Digital Files | | Digital Photo - 20230513_142956 |
| SO-IR2302008-004 | | Digital | In Digital Files | | Digital Photo - 20230513_142958 |
| SO-IR2302008-005 | | Digital | In Digital Files | | Digital Photo - 20230513_143032(0) |
| SO-IR2302008-006 | | Digital | In Digital Files | | Digital Photo - 20230513_143032 |
| SO-IR2302008-007 | | Digital | In Digital Files | | Digital Photo - 20230513_143033 |
| SO-IR2302008-008 | | Digital | In Digital Files | | Digital Photo - 20230513_143034 |

000209

| Item # | Category | Type | Status | Location | Description |
|---|---|---|---|---|---|
| SO-IR2302008-009 | | Digital | In Digital Files | | Digital Photo - 20230513_145113 |
| SO-IR2302008-010 | | Digital | In Digital Files | | Digital Photo - 20230513_145114 |
| SO-IR2302008-011 | | Digital | In Digital Files | | Digital Photo - 20230513_145119 |
| SO-IR2302008-012 | | Digital | In Digital Files | | Digital Photo - 20230513_145120 |
| SO-IR2302008-013 | | Digital | In Digital Files | | Digital Photo - 20230513_145125 |
| SO-IR2302008-014 | | Digital | In Digital Files | | Digital Photo - 20230513_145129 |
| SO-IR2302008-015 | | Digital | In Digital Files | | Digital Photo - 20230513_145131 |
| SO-IR2302008-016 | | Digital | In Digital Files | | Digital Photo - 20230513_154519 |
| SO-IR2302008-017 | | Digital | In Digital Files | | Digital Photo - 20230513_163804 |
| SO-IR2302008-018 | | Digital | In Digital Files | | Digital Photo - 20230513_181900 |
| SO-IR2302008-019 | Destroyed / Damaged / Vandalized | Physical | Logged | | Article - ELECTRICAL APARATUS' |
| SO-IR2302008-020 | Destroyed / Damaged / Vandalized | Physical | Logged | | Article - ELECTRICAL APARATUS' |
| SO-IR2302008-021 | | Digital | In Digital Files | | Digital Photo - 20230513_154436831_i OS |
| SO-IR2302008-022 | | Digital | In Digital Files | | Digital Photo - 20230513_154437798_i OS |
| SO-IR2302008-023 | | Digital | In Digital Files | | Digital Photo - 20230513_154438999_i OS |
| SO-IR2302008-024 | | Digital | In Digital Files | | Digital Photo - 20230513_154441535_i OS |
| SO-IR2302008-025 | | Digital | In Digital Files | | Digital Photo - 20230513_154442469_i OS |
| SO-IR2302008-026 | | Digital | In Digital Files | | Digital Photo - 20230513_154443370_i OS |
| SO-IR2302008-027 | | Digital | In Digital Files | | Digital Photo - 20230513_154444304_i OS |

000210

| Item # | Category | Type | Status | Location | Description |
|--------|----------|------|--------|----------|-------------|
| SO-IR2302008-028 | | Digital | In Digital Files | | Digital Photo - 20230513_154504655_i OS |
| SO-IR2302008-029 | | Digital | In Digital Files | | Digital Photo - 20230513_154505589_i OS |
| SO-IR2302008-030 | | Digital | In Digital Files | | Digital Photo - 20230513_154506724_i OS |
| SO-IR2302008-031 | | Digital | In Digital Files | | Digital Photo - 20230513_154509126_i OS |
| SO-IR2302008-032 | | Digital | In Digital Files | | Digital Photo - 20230513_154509827_i OS |
| SO-IR2302008-033 | | Digital | In Digital Files | | Digital Photo - 20230513_154517166_i OS |
| SO-IR2302008-034 | | Digital | In Digital Files | | Digital Photo - 20230513_154538519_i OS |
| SO-IR2302008-035 | | Digital | In Digital Files | | Digital Photo - 20230513_154539553_i OS |
| SO-IR2302008-036 | | Digital | In Digital Files | | Digital Photo - 20230513_154546292_i OS |
| SO-IR2302008-037 | | Digital | In Digital Files | | Digital Photo - 20230513_154559304_i OS |
| SO-IR2302008-038 | | Digital | In Digital Files | | Digital Photo - 20230513_154602240_i OS |
| SO-IR2302008-039 | | Digital | In Digital Files | | Digital Photo - 20230513_154604309_i OS |
| SO-IR2302008-040 | | Digital | In Digital Files | | Digital Photo - 20230513_154609513_i OS |
| SO-IR2302008-041 | | Digital | In Digital Files | | Digital Photo - 20230513_154621557_i OS |
| SO-IR2302008-042 | | Digital | In Digital Files | | Digital Photo - 20230513_154627229_i OS |
| SO-IR2302008-043 | | Digital | In Digital Files | | Digital Photo - 20230513_154645279_i OS |

000211

| Item # | Category | Type | Status | Location | Description |
|--------|----------|------|--------|----------|-------------|
| SO-IR2302008-044 | | Digital | In Digital Files | | Digital Photo - 20230513_154744965_i OS |
| SO-IR2302008-045 | | Digital | In Digital Files | | Digital Photo - 20230513_154745899_i OS |
| SO-IR2302008-046 | | Digital | In Digital Files | | Digital Photo - 20230513_154952546_i OS |
| SO-IR2302008-047 | | Digital | In Digital Files | | Digital Photo - 20230513_154956049_i OS |
| SO-IR2302008-048 | | Digital | In Digital Files | | Digital Photo - 20230513_155003222_i OS |
| SO-IR2302008-049 | | Digital | In Digital Files | | Digital Photo - 20230513_155007393_i OS |
| SO-IR2302008-050 | | Digital | In Digital Files | | Digital Photo - 20230513_155014866_i OS |
| SO-IR2302008-051 | | Digital | In Digital Files | | Digital Photo - 20230513_155057337_i OS |
| SO-IR2302008-052 | | Digital | In Digital Files | | Digital Photo - 20230513_155223548_i OS |
| SO-IR2302008-053 | | Digital | In Digital Files | | Digital Photo - 20230513_155226951_i OS |
| SO-IR2302008-054 | | Digital | In Digital Files | | Digital Photo - 20230513_155241497_i OS |
| SO-IR2302008-055 | | Digital | In Digital Files | | Digital Photo - 20230513_155253535_i OS |
| SO-IR2302008-056 | | Digital | In Digital Files | | Digital Photo - 20230513_155258406_i OS |
| SO-IR2302008-057 | | Digital | In Digital Files | | Digital Photo - 20230513_155300275_i OS |
| SO-IR2302008-058 | | Digital | In Digital Files | | Digital Photo - 20230513_155304445_i OS |
| SO-IR2302008-059 | | Digital | In Digital Files | | Digital Photo - 20230513_155307381_i OS |

000212

| Item # | Category | Type | Status | Location | Description |
|---|---|---|---|---|---|
| SO-IR2302008-060 | | Digital | In Digital Files | | Digital Photo - 20230513_155310884_i OS |
| SO-IR2302008-061 | | Digital | In Digital Files | | Digital Photo - 20230513_155313353_i OS |
| SO-IR2302008-062 | | Digital | In Digital Files | | Digital Photo - 20230513_155316422_i OS |
| SO-IR2302008-063 | | Digital | In Digital Files | | Digital Photo - 20230513_155316689_i OS |
| SO-IR2302008-064 | | Digital | In Digital Files | | Digital Photo - 20230513_155534580_i OS |
| SO-IR2302008-065 | | Digital | In Digital Files | | Digital Photo - 20230513_155537749_i OS |
| SO-IR2302008-066 | | Digital | In Digital Files | | Digital Photo - 20230513_155539951_i OS |
| SO-IR2302008-067 | | Digital | In Digital Files | | Digital Photo - 20230513_155541286_i OS |
| SO-IR2302008-068 | | Digital | In Digital Files | | Digital Photo - 20230513_155545857_i OS |
| SO-IR2302008-069 | | Digital | In Digital Files | | Digital Photo - 20230513_155547558_i OS |
| SO-IR2302008-070 | | Digital | In Digital Files | | Digital Photo - 20230513_155550494_i OS |
| SO-IR2302008-071 | | Digital | In Digital Files | | Digital Photo - 20230513_155603606_i OS |
| SO-IR2302008-072 | | Digital | In Digital Files | | Digital Photo - 20230513_155748767_i OS |
| SO-IR2302008-073 | | Digital | In Digital Files | | Digital Photo - 20230513_155751869_i OS |
| SO-IR2302008-074 | | Digital | In Digital Files | | Digital Photo - 20230513_155755039_i OS |
| SO-IR2302008-075 | | Digital | In Digital Files | | Digital Photo - 20230513_155758142_i OS |

000213

| Item # | Category | Type | Status | Location | Description |
|--------|----------|------|--------|----------|-------------|
| SO-IR2302008-076 | | Digital | In Digital Files | | Digital Photo - 20230513_161914588_i OS |
| SO-IR2302008-077 | | Digital | In Digital Files | | Digital Photo - 20230513_161915822_i OS |
| SO-IR2302008-078 | | Digital | In Digital Files | | Digital Photo - 20230513_161919392_i OS |
| SO-IR2302008-079 | | Digital | In Digital Files | | Digital Photo - 20230513_161955400_i OS |
| SO-IR2302008-080 | | Digital | In Digital Files | | Digital Photo - 20230513_162002506_i OS |
| SO-IR2302008-081 | | Digital | In Digital Files | | Digital Photo - 20230513_162006743_i OS |
| SO-IR2302008-082 | | Digital | In Digital Files | | Digital Photo - 20230513_162009145_i OS |
| SO-IR2302008-083 | | Digital | In Digital Files | | Digital Photo - 20230513_162450953_i OS |
| SO-IR2302008-084 | | Digital | In Digital Files | | Digital Photo - 20230513_162451854_i OS |
| SO-IR2302008-085 | | Digital | In Digital Files | | Digital Photo - 20230513_162454523_i OS |
| SO-IR2302008-086 | | Digital | In Digital Files | | Digital Photo - 20230513_162455924_i OS |
| SO-IR2302008-087 | | Digital | In Digital Files | | Digital Photo - 20230513_162457059_i OS |
| SO-IR2302008-088 | | Digital | In Digital Files | | Digital Photo - 20230513_162925410_i OS |
| SO-IR2302008-089 | | Digital | In Digital Files | | Digital Photo - 20230513_162926044_i OS |
| SO-IR2302008-090 | | Digital | In Digital Files | | Digital Photo - 20230513_162926911_i OS |
| SO-IR2302008-091 | | Digital | In Digital Files | | Digital Photo - 20230513_162927679_i OS |

000214

| Item # | Category | Type | Status | Location | Description |
|--------|----------|------|--------|----------|-------------|
| SO-IR2302008-092 | | Digital | In Digital Files | | Digital Photo - 20230513_162952934_i OS |
| SO-IR2302008-093 | | Digital | In Digital Files | | Digital Photo - 20230513_162954402_i OS |
| SO-IR2302008-094 | | Digital | In Digital Files | | Digital Photo - 20230513_162955336_i OS |
| SO-IR2302008-095 | | Digital | In Digital Files | | Digital Photo - 20230513_162956003_i OS |
| SO-IR2302008-096 | | Digital | In Digital Files | | Digital Photo - 20230513_162958931_i OS |
| SO-IR2302008-097 | | Digital | In Digital Files | | Digital Photo - 20230513_162959532_i OS |
| SO-IR2302008-098 | | Digital | In Digital Files | | Digital Photo - 20230513_163001433_i OS |
| SO-IR2302008-099 | | Digital | In Digital Files | | Digital Photo - 20230513_163002201_i OS |
| SO-IR2302008-100 | | Digital | In Digital Files | | Digital Photo - 20230513_163003602_i OS |
| SO-IR2302008-101 | | Digital | In Digital Files | | Digital Photo - 20230513_163004536_i OS |
| SO-IR2302008-102 | | Digital | In Digital Files | | Digital Photo - 20230513_163008873_i OS |
| SO-IR2302008-103 | | Digital | In Digital Files | | Digital Photo - 20230513_163010875_i OS |
| SO-IR2302008-104 | | Digital | In Digital Files | | Digital Photo - 20230513_185445665_i OS |
| SO-IR2302008-105 | | Digital | In Digital Files | | Digital Photo - 20230513_185450336_i OS |
| SO-IR2302008-106 | | Digital | In Digital Files | | Digital Photo - 20230513_185452137_i OS |
| SO-IR2302008-107 | | Digital | In Digital Files | | Digital Photo - 20230513_185508084_i OS |

000215

| Item # | Category | Type | Status | Location | Description |
|---|---|---|---|---|---|
| SO-IR2302008-108 | | Digital | In Digital Files | | Digital Photo - 20230513_185510053_iOS |
| SO-IR2302008-109 | | Digital | In Digital Files | | Digital Photo - 20230513_190505117_iOS |
| SO-IR2302008-110 | | Digital | In Digital Files | | Digital Photo - 20230513_190506151_iOS |
| SO-IR2302008-111 | | Digital | In Digital Files | | Digital Photo - 20230513_190510054_iOS |
| SO-IR2302008-112 | | Digital | In Digital Files | | Digital Photo - 20230513_190515592_iOS |
| SO-IR2302008-113 | | Digital | In Digital Files | | Digital Photo - 20230513_190616911_iOS |
| SO-IR2302008-114 | | Digital | In Digital Files | | Digital Photo - 20230513_190631224_iOS |
| SO-IR2302008-115 | | Digital | In Digital Files | | Digital Photo - Williams Co Web Portal |