(SW) 1:10PM - 2:22PM

**Williams County**
**EVIDENCE INVENTORY AND RECEIPT**
WILLIAMS COUNTY SHERIFF'S OFFICE

53-2023-CR-00716

| DEPUTY | CASE NUMBER | PAGE |
|---|---|---|
| D. WARD 4943 | | |

| NAME & ADDRESS OF SUBJECT/VICTIM | DATE/TIME |
|---|---|
| Cameron M Smith | 5-15-23 / 1:10 PM |

LOCATION OF RECOVERY: Microtel Inn & Suite Rm 123

| ITEM # | DESCRIPTION AND LIST OF EVIDENCE | FOUND BY | LOCATION OF PROPERTY OR EVIDENCE FOUND/RECEIVED |
|---|---|---|---|
| 1 | 4 Packs - Fluconazole | W | Cam6 - Backpack (VANS) |
| 2-5 | Sildenafil - RX, unknown, Losartan, Atrovastatin | W | RX Meds on top of Microwave |
| 6 | Black Wallet & Contents | W | Camo - Backpack |
| 7 | Coin Mary (unknown origin) | W | Camo Bag |
| 8 | Black Fanny Bag & Patch | W | " " |
| 9 | Kingston Flash Drive 32GB | W | Dash - Voovr Bag |
| 10-12 | 1 North Face xxl Jacket, 2 Teva Sandals, 2 Camo Dahling gloves | W | Window Shelf |
| 11 | Documents - Found on Bed | W | Bed |
| 12 | 8 White envelopes - Contg $1400 US Curr | W | Bed |
| 13 | Garmin E trex 22x/32x Manual | W | orange Bag |
| 14-15 | RX - ValAcyclovir / Proghtazm | W | orange Bag |
| 16 | Hair from toilet | W | Toilet in Bathroom |

**CHAIN OF CUSTODY**

| ITEM # | DATE | TIME | RECEIVED BY | RELEASED BY | PURPOSE |
|---|---|---|---|---|---|
| 1-16 | 5-15-23 | 2:22 PM | Det. WARD | SW Scene | Evidence |
| 1-16 | 5-15-23 | 3:38 PM | XL Temp Locker #3 | Det. WARD | Evidence Storage |

**PROPERTY RELEASE**

NAME: _____ DOB: _____
ADDRESS: _____ PHONE: _____
DEPUTY NO.: _____ DATE: _____ TIME: _____
CIRCLE ONE:  RELEASED   DESTROYED   RETURNED
INK SPOT PRINTING - 6223           DEPUTY SIGNATURE: _____

EXHIBIT L



**WILLIAMS COUNTY**

**EVIDENCE INVENTORY AND RECEIPT**
WILLIAMS COUNTY SHERIFF'S OFFICE

53-2023-CR-00716

| DEPUTY | CASE NUMBER | PAGE |
|---|---|---|
| Det. Bernier | 2302008 | 1/1 |

| NAME & ADDRESS OF SUBJECT/VICTIM | DATE/TIME |
|---|---|
| Cameron Smith | 5/16/2023 |

LOCATION OF RECOVERY: WCSO/LEC

| ITEM # | DESCRIPTION AND LIST OF EVIDENCE | FOUND BY | LOCATION OF PROPERTY OR EVIDENCE FOUND/RECEIVED |
|---|---|---|---|
| 1 | 3 Buccal swab containing known sample from Cameron M. Smith | McClure | WCSO/LEC |

**CHAIN OF CUSTODY**

| ITEM # | DATE | TIME | RECEIVED BY | RELEASED BY | PURPOSE |
|---|---|---|---|---|---|
| 1 | 5/16/23 | 849 | Mari Monte | — | Custody |

**PROPERTY RELEASE**

NAME: _____ DOB: _____
ADDRESS: _____ PHONE: _____
DEPUTY NO.: _____ DATE: _____ TIME: _____
CIRCLE ONE:   RELEASED   DESTROYED   RETURNED
DEPUTY SIGNATURE: _____

INK SPOT PRINTING - 6223