000118



**EVIDENCE INVENTORY AND RECEIPT**
WILLIAMS COUNTY SHERIFF'S OFFICE

| DEPUTY | CASE NUMBER | PAGE |
|---|---|---|
| Dickerson & Bernier | | |

| NAME & ADDRESS OF SUBJECT/VICTIM | DATE/TIME |
|---|---|
| | 5/14/23 Dapprox 2:18pm |

LOCATION OF RECOVERY: Williston Garden Apts - Dumpster NE parking lot

| ITEM # | DESCRIPTION AND LIST OF EVIDENCE | FOUND BY | LOCATION OF PROPERTY OR EVIDENCE FOUND/RECEIVED |
|---|---|---|---|
| 1 | Black, Blue & green adidas bag | 4935 | found inside dumpster |
| 2 | Black case containing gun cleaning kit | | found in adidas bag |
| 3 | Hoppes ELP | | |
| 4 | Missouri plate 860XJ7 | | |
| 5 | bulldog holster black | | |
| 6 | black mask | | |
| 7 | camo mask | | |
| 8 | 7 round cpd 450 duramag | | |
| 9 | bushmaster mag | | |
| 10 | American Eagle 9mm ammo | | |
| 11 | Buck knife in sheath | | |

**CHAIN OF CUSTODY**

| ITEM # | DATE | TIME | RECEIVED BY | RELEASED BY | PURPOSE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**PROPERTY RELEASE**

NAME: _____ DOB: _____

ADDRESS: _____ PHONE: _____

DEPUTY NO.: _____ DATE: _____ TIME: _____

CIRCLE ONE:   RELEASED   DESTROYED   RETURNED

INK SPOT PRINTING 6223        DEPUTY SIGNATURE: _____

EXHIBIT N

000119



**EVIDENCE INVENTORY AND RECEIPT**
WILLIAMS COUNTY SHERIFF'S OFFICE

| DEPUTY | CASE NUMBER | PAGE |
|---|---|---|
| NAME & ADDRESS OF SUBJECT/VICTIM | | DATE/TIME |
| LOCATION OF RECOVERY | | |

| ITEM # | DESCRIPTION AND LIST OF EVIDENCE | FOUND BY | LOCATION OF PROPERTY OR EVIDENCE FOUND/RECEIVED | |
|---|---|---|---|---|
| 12 | Eddie baure w/ 4 glowsticks | | | |
| 13 | Ziplock bag w/ gunclean items | | | |
| 14 | Camo neck gaiter | | | |
| 15 | Camo winter cap | | | |
| 16 | Blue bag contain. w/ 450 Bushmaster Hornady bullets | | | |
| 17 | Walkers ear protection | | | |
| 18 | bushmaster 5.56 mag | | | |
| 19 | Ziplock bag w/ laces | | | |
| 20 | gun cleaning rags | | | |
| 21 | Hoppes cleaner | | | |
| 22 | flashlight taped to multi | | | ✓ |

**CHAIN OF CUSTODY**

| ITEM # | DATE | TIME | RECEIVED BY | RELEASED BY | PURPOSE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**PROPERTY RELEASE**

NAME: _____ DOB: _____

ADDRESS: _____ PHONE: _____

DEPUTY NO.: _____ DATE: _____ TIME: _____

CIRCLE ONE:   RELEASED   DESTROYED   RETURNED

INK SPOT PRINTING  6/23         DEPUTY SIGNATURE: _____



**EVIDENCE INVENTORY AND RECEIPT**
WILLIAMS COUNTY SHERIFF'S OFFICE

| DEPUTY | CASE NUMBER | PAGE |
|---|---|---|
| NAME & ADDRESS OF SUBJECT/VICTIM | | DATE/TIME |
| LOCATION OF RECOVERY | | |

| ITEM # | DESCRIPTION AND LIST OF EVIDENCE | FOUND BY | LOCATION OF PROPERTY OR EVIDENCE FOUND/RECEIVED |
|---|---|---|---|
| 23 | gun clean oil x3 | | |
| 24 | plastic bag cont. ear protection | | |
| 25 | ziplock bag w/rifle clean pads | | |
| 26 | ziplock bag w/streamlight parts | | |
| 27 | tan bag cont. Sig Sagsaur 58C0'12701 (S/N) and (2) 17 round mag - load 9mm ammo (2) 21 round mag - load 9mm ammo | | |
| 28 | rubbermaid cont. w/2 Hornady 450 bushmaster ammo | | ↙ |

**CHAIN OF CUSTODY**

| ITEM # | DATE | TIME | RECEIVED BY | RELEASED BY | PURPOSE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**PROPERTY RELEASE**

NAME: _____  DOB: _____

ADDRESS: _____  PHONE: _____

DEPUTY NO: _____ DATE: _____ TIME: _____

CIRCLE ONE:   RELEASED   DESTROYED   RETURNED

INK SPOT PRINTING 0223    DEPUTY SIGNATURE: _____

000121



**EVIDENCE INVENTORY AND RECEIPT**
WILLIAMS COUNTY SHERIFF'S OFFICE

| DEPUTY | CASE NUMBER | PAGE |
|---|---|---|
| | | |

| NAME & ADDRESS OF SUBJECT/VICTIM | DATE/TIME |
|---|---|
| | |

| LOCATION OF RECOVERY |
|---|
| |

| ITEM # | DESCRIPTION AND LIST OF EVIDENCE | FOUND BY | LOCATION OF PROPERTY OR EVIDENCE FOUND/RECEIVED |
|---|---|---|---|
| 28 | Hornady Subsonic 450 bushmaster ammo, Federal 450 bushmaster Jacket Hollow point ammo, Federal 9mm luger ammo | | |
| 29 | Cabelas camo bag w/ black North face gloves, wire cutter, needle nose plyers, (10) CPD 450 mags empty, (2) bushmaster mags empty, (1) aura mag loaded 450 bushmaster ammo, compass, wire cut orange | | ↓ |

CHAIN OF CUSTODY

| ITEM # | DATE | TIME | RECEIVED BY | RELEASED BY | PURPOSE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

PROPERTY RELEASE

NAME: _____ DOB: _____

ADDRESS: _____ PHONE: _____

DEPUTY NO.: _____ DATE: _____ TIME: _____

CIRCLE ONE:   RELEASED   DESTROYED   RETURNED

INK SPOT PRINTING 6223          DEPUTY SIGNATURE: _____

000122



**EVIDENCE INVENTORY AND RECEIPT**
WILLIAMS COUNTY SHERIFF'S OFFICE

| DEPUTY | CASE NUMBER | PAGE |
|---|---|---|
| NAME & ADDRESS OF SUBJECT/VICTIM | | DATE/TIME |
| LOCATION OF RECOVERY | | |

| ITEM # | DESCRIPTION AND LIST OF EVIDENCE | FOUND BY | LOCATION OF PROPERTY OR EVIDENCE FOUND/RECEIVED |
|---|---|---|---|
| 29 | (3) bushmaster casings | 4935 | |
| 30 | gray & red REI bag cont. (2) hornady bushmaster bullets, Bushmaster rifle S/N BK5091719 | ↓ | ↓ |

## CHAIN OF CUSTODY

| ITEM # | DATE | TIME | RECEIVED BY | RELEASED BY | PURPOSE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

### PROPERTY RELEASE

NAME: _____ DOB: _____

ADDRESS: _____ PHONE: _____

DEPUTY NO.: _____ DATE: _____ TIME: _____

CIRCLE ONE:   RELEASED   DESTROYED   RETURNED

INK SPOT PRINTING 0223          DEPUTY SIGNATURE: _____